**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OFMISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **TERRIS WILLSON, et al.,** ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
| vs. ) | CASE NO. 4:20CV1234 HEA |
| ) | |
| **EMPIRE FIRE AND MARINE** ) | |
| **INSURANCE COMPANY,** ) | |
| ) | |
|     Defendant. ) | |

## MEMORANDUM AND ORDER

In accordance with the Opinion, Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that this matter is **DISMISSED.**

Dated this 20th day of August, 2021.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE